GRACE H. MURRAY et al., as Executors of ELIZABETH H. STANTON, Deceased, Appellants, *v.* CITY OF NEW YORK, Respondent, and FRANK H. APPLETON, as Successor Trustee, et al., Appellants.

Argued March 17, 1938; decided April 13, 1938.

George Gordon Battie, A. Gordon Murray, John B. Doyle and *Albert G. Avery* for appellants.

*William C. Chanler,* Corporation Counsel (*Herman Horowitz, Arthur A. Segall* and *Davidson Sommers* of counsel), for respondent.

*Julius Henry Cohen, Leander I. Shelley* and *Mortimer S. Edelstein* for Port of New York Authority, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.